O’SCANNLAIN, Circuit Judge,
dissenting in part.
I concur in today’s decision that Prado-Lopez is deportable as a result of his conviction under California Penal Code § 288.5(a).
Nevertheless, I respectfully dissent from the remand of his case to the Board of Immigration Appeals (“BIA”). Prado-Lopez’s petition for review comes down to a challenge to the manner in which the BIA applied controlling case law. While “misapplication of relevant case law .... would have constituted a viable argument that the BIA had abused its discretion,” it does not come within the “colorable due process claims over which we may [now] exercise jurisdiction.” Sanchez-Cruz v. INS, 255 F.3d 775, 779 (9th Cir.2001). The BIA’s failure to mention particular evidence does not change the outcome because we presume the BIA is truthful when it recites— as it did here — that it reviewed the record. Cf. Larita-Martinez v. INS, 220 F.3d 1092, 1096 (9th Cir.2000). As such, I would dismiss Prado-Lopez’s petition for review of the BIA’s denial of discretionary relief for lack of jurisdiction.